IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRIT OF COLUMBIA

| | |
|---|---|
| Deborah Tyndle<br><br>                    Plaintiff<br><br>v.<br><br>Nelson Janitorial Service, LLC<br><br>                    Defendant | Case Number: 16-CV-02304 ESH |

**RESPONSE TO SHOW CAUSE ORDER AND**
**MOTION TO DISMISS WITHOUT PREJUDICE**

Now comes the Plaintiff, by and through undersigned counsel, and hereby responses to the show cause order entered on March 1, 2017, and requests that this matter be dismissed without prejudice and states as follow:

1. The Defendant filed a motion for summary judgment which in sum and substance asserts that the federal claims are factually invalid and that absent those claims the state law claims fail jurisdictionally in this court.

2. The Plaintiff would assert that the motion for summary judgment is premature in that even considering the supporting documents accompanying the motion to dismiss, the Defendant has not established undisputed material facts.  Rather, the bare 1099s supporting revenue figures should be subjected to the discovery process to test their veracity and to test the existence of other income sources.

3. However, it is not in the interest of the parties or the court to approach the process in piecemeal fashion.

4. As such, the Plaintiff seeks Leave to voluntarily dismiss without prejudice so that all claims can be tested in the Superior Court for the District of Columbia.

5. The alternative would be a wasteful process of discovery and litigation in one court and then potentially duplication thereof in another court.

6. No party would be prejudiced by the grant of the requested relief.

7. The undersigned has sought consent to this relief. While consent has not yet been granted or denied, it has promoted settlement discussions which may result in consent to dismissal WITH prejudice prior to the time for Defendant to respond to this motion.

8. As such, the undersigned requests that the court delay any action on this motion until the Defendant's full time to respond under the rules has expired.

Wherefore, the Plaintiff respectfully requests that the Motion to Dismiss Without Prejudice be granted and the instant action be dismissed without prejudice.

Respectfully Submitted,

THE HOLZMAN LAW FIRM, LLC

*/s/ Lawrence R. Holzman*
Lawrence R. Holzman, Esquire (Bar #466472)
6404 Ivy Lane, Suite 650
Greenbelt, MD 20770
(301) 876-4393
lholzman@theholzmanlawfirm.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2017, a copy of the foregoing Response to Show Cause Order and Motion to Dismiss Without Prejudice was served via ECF to:

Jason Facci, Esquire
Thomas B. Martin, Esquire
GOLDBLATT MARTIN POZEN LLP
1625 K Street, NW, Suite 700
Washington, DC 20006

*/s/ Lawrence R. Holzman*
Lawrence R. Holzman